

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Mainor Alexander Sanchez Cruz

**Civil Action No.**  26-cv-03226-JLS-DDL

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and ORDERS Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting release. The Court ORDERS, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his release and a hearing before a neutral decision maker to determine whether detention is warranted. This concludes the litigation in this matter.

**Date:**         6/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-03226-JLS-DDL

Respondents:

Markwayne Mullin
Secretary of Homeland Security

Todd Lyons
Acting Director, U.S. Immigration and Customs Enforcement

Gregory J. Archambeault
Field Office Director, San Diego Field Office, Immigration and Customs Enforcement

Todd Blanche
Attorney General

Rodney S. Scott
Commissioner, Customs and Border Patrol

Mariza Marin
Port Director, San Ysidro Port, Customs and Border Patrol